Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:  09−30640 RAG    Chapter:  13

| | |
|---|---|
| Jang Ho Park | Youn Hee Park |
| Debtor(s) | |

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 4/9/10.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 4/9/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, A Nelson301−344−3499